[No. 28218-6-II.   Division Two.   March 25, 2003.]

*In the Matter of the Marriage of* MICHAEL D. VONASEK, *Respondent*, and MARY JO VONASEK, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 99-3-00091-8, Frank Cuthbertson, J., entered December 13, 2001. *Reversed* by unpublished opinion per Seinfeld, J., concurred in by Hunt, C.J., and Morgan, J.

[No. 28296-8-II.   Division Two.   March 25, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. TABITHA MARIE STUDINARZ, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 01-8-00677-6, Robert L. Harris and Edwin L. Poyfair, JJ., entered January 9, 2002. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Hunt, C.J., and Bridgewater, J.

[No. 28358-1-II.   Division Two.   March 25, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD LAWRENCE ROE, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 00-1-00651-6, Don L. McCulloch and James E. Warme, JJ., entered January 15, 2002. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Hunt, C.J., and Seinfeld, J.

[No. 28508-8-II.   Division Two.   March 25, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT J. GOULD, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 01-1-01740-1, Terry K. McCluskey, J., entered March 4, 2002. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Seinfeld, J., concurred in by Quinn-Brintnall, A.C.J., and Houghton, J.